IN THE MATTER OF THE ESTATE OF MASON CLARK, DECEASED (HENRY DUTCHER, PETITIONER).

JOURNAL ENTRIES (1831–32): *Journal 4:* (1) Notice of petition ordered given *p. 474; (2) continued, rule for notice *p. 490; (3) license granted to make conveyance *p. 508.
PAPERS IN FILE: (1) Petition; (2) draft of order for notice of petition; (3) draft of continuance and rule for notice; (4) copy of rule for notice and copy of petition, proof of service; (5) draft of order to make conveyance.
*1824–36 Calendar*, MS p. 217.

UNITED STATES *versus* DENISON R. ROSE, FRANÇOIS RIVARD, AND JACQUES CAMPAU, COMMISSIONERS OF HIGHWAYS FOR HAMTRAMCK TOWNSHIP.

JOURNAL ENTRIES (1831): *Journal 4:* (1) Motion for rule to show cause against mandamus *p. 475; (2) rule to show cause *p. 476; (3) rule to show cause extended *p. 479; (4) mandamus ordered issued *p. 491.
PAPERS IN FILE: (1) Affidavit and motion for rule to show cause against mandamus; (2) copy of rule to show cause, proof of service; (3) answer of Denison R. Rose; (4) answer of Jacques Campau and François Rivard.
*1824–36 Calendar*, MS p. 218.